[No. 7249-1-II.  Division Two.  October 10, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
BURCHARD STRUNKS, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 82-1-00096-2, Milton R. Cox, J., entered July 21, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.

[No. 6852-8-III.  Division Three.  October 10, 1985.]

*In the Matter of the Marriage of* BETTY A.
MARSHALL, *Respondent, and* WALTER J.
MARSHALL, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 36700, Fred Van Sickle, J., entered December 10, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, A.C.J., and Munson, J.

[No. 6234-1-III.  Division Three.  October 10, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN
J. PURDOM, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 83-1-00094-0, Clinton J. Merritt, J., entered December 2, 1983. *Affirmed* by unpublished opinion per Green, C.J., concurred in by McInturff and Thompson, JJ.